■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD NORIEGA, Appellant. [846 NYS2d 63]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Doyle, J.), imposed February 15, 2007, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Schmidt, J.P., Ritter, Skelos and Angiolillo, JJ., concur.